In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for Whitestone Bridge Approach, in the Borough of Queens. 2674 BROADWAY CORPORATION, Appellant.—

No opinion.  Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.